IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 4:20-cv-100-SCJ |
| v. | ) |
| GWYNNE D. FLOYD and CLAUDIA P. FLOYD, | ) |
| Defendants. | ) |

# COMPLAINT

1. This is an action to obtain a judgment for unpaid federal income taxes jointly owed by defendants Gwynne D. Floyd and Claudia P. Floyd for the years 2004, 2005, 2007, 2009, 2013, 2014, and 2017.

2. This action is authorized and requested by the Chief Counsel, Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with 26 U.S.C. § 7401.

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4. Gwynne D. Floyd and Claudia P. Floyd are married.

1

5. Both defendants reside at 17 Wellington Way, Rome, Georgia 30161, in Floyd County.

6. Defendants' tax liability for all years at issue accrued within this district.

7. Venue is proper in this Court. 28 U.S.C. §§ 1391(b) and 1396.

*2004 tax year*

8. In November, 2009, defendants filed a joint income tax return for 2004. On February 15, 2010, a delegate of the Secretary of the Treasury assessed income taxes of $22,814 based on defendants' tax return. On March 24, 2008, the IRS had assessed their liability based on a calculation it made in accordance with the procedures authorized by 26 U.S.C. § 6020(b). That earlier assessment is not included in this suit.

9. Defendants failed to timely file a tax return for 2004, to pay the amount of tax due, and to make estimated payments. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(1) and (a)(2) and § 6656.

10. As of April 30, 2020, defendants owed $55,572.27 for the 2004 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*2005 tax year*

11.On or about November 9, 2009, defendants filed a joint income tax return for 2005.

12.On January 4, 2010, a delegate of the Secretary of the Treasury assessed income taxes of $180,181 based on defendants' tax return.

13.Defendants failed to timely file a tax return for 2005 and to pay the amount of tax due. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(1) and (a)(2).

14.As of April 30, 2020, defendants owed $346,818.44 for the 2005 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*2007 tax year*

15.On or about September 15, 2009, defendants filed a joint income tax return for 2007.

16.On November 16, 2009, a delegate of the Secretary of the Treasury assessed income taxes of $135,267 based on defendants' tax return.

17.Defendants failed to timely file a tax return for 2007, to pay the amount of tax due, and to make estimated payments. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(1) and (a)(2) and § 6656.

18. As of April 30, 2020, defendants owed $295,048.48 for the 2007 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*2009 tax year*

19. After obtaining an extension, defendants timely filed a joint income tax return for 2009.

20. On November 15, 2010, a delegate of the Secretary of the Treasury assessed income taxes of $143,999 based on defendants' tax return.

21. Defendants failed to timely pay the amount of tax due for 2009, and to make estimated payments. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(2) and § 6656.

22. As of April 30, 2020, defendants owed $218,054.79 for the 2009 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*2013 tax year*

23. Defendants timely filed a joint income tax return for 2013.

24. On June 2, 2014, a delegate of the Secretary of the Treasury assessed income taxes of $139,448 based on defendants' tax return.

25. The IRS determined that the defendants had underreported their income tax liability for 2013. On May 30, 2016, a delegate of the Secretary of the Treasury assessed an additional $4,159 in income tax.

26. Defendants failed to timely pay the amount of tax due for 2013, and to make estimated payments. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(2) and § 6656.

27. As of April 30, 2020, defendants owed $99,765.20 for the 2013 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*2014 tax year*

28. Defendants timely filed a joint income tax return for 2014.

29. On June 8, 2015, a delegate of the Secretary of the Treasury assessed income taxes of $88,155 based on defendants' tax return.

30. Defendants failed to timely pay the amount of tax due for 2014, and to make estimated payments. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(2) and § 6656.

31. As of April 30, 2020, defendants owed $35,742.85 for the 2014 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*2017 tax year*

32. Defendants timely filed a joint income tax return for 2017.

33. On June 4, 2018, a delegate of the Secretary of the Treasury assessed income taxes of $58,532 based on defendants' tax return.

34. Defendants failed to timely pay the amount of tax due for 2017. As a result, a delegate of the Secretary of the Treasury assessed, and defendants owe, penalties under 26 U.S.C. § 6651(a)(2).

35. As of April 30, 2020, defendants owed $45,355.41 for the 2017 tax year, including tax, penalties, and interest, and taking into account payments or credits.

*Notice and Demand*

36. The income tax assessments against defendants for all years at issue in this case are based on defendants' filed tax returns, except for the additional $4,159 assessed for 2013, as alleged in paragraph 25, above.

37. A delegate of the Secretary of Treasury duly issued notice of the assessments identified herein and made demand for payment as provided by law.

38. Despite notice of the assessments and demand for payment, defendants have not paid the full amount of their liability for tax, penalties and interest. There remains due and owing $1,096,357.44 as of April 30, 2020. Interest and other statutory additions continue to accrue.

*This Suit is Timely*

39. This suit is commenced within the time required by the Internal Revenue Code, which requires that a suit to collect a tax be commenced within 10 years of assessment unless an extension applies. 26 U.S.C. § 6502.

40. On May 2, 2012, defendants requested an installment agreement to pay their liabilities for 2004, 2005, and 2007, as well as other years not at issue here. The request was approved on September 20, 2012. As a result of this request, the collection period for those years was extended to at least May 5, 2020.

41. The assessments for 2009, 2013, 2014, and 2017 were made within 10 years before the commencement of this suit.

(Continued on following page.)

WHEREFORE, the plaintiff United States of America respectfully requests that a judgment be entered in its favor and against defendants Gwynne D. Floyd and Claudia P. Floyd, jointly and severally, for their unpaid federal income tax liabilities for 2004, 2005, 2007, 2009, 2013, 2014, and 2017, in the amount of $1,096,357.44 as of April 30, 2020, plus interest and statutory additions thereafter in accordance with law, and that the United States be granted its costs.

Dated: May 1, 2020

Respectfully Submitted,

s/Gregory L. Jones
GREGORY L. JONES
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-305-3254 (v)
202-514-4963 (f)
Gregory.L.Jones@usdoj.gov

Of Counsel:

BYUNG J. PAK
United States Attorney
Northern District of Georgia

By:  Lori M. Beranek
Assistant U.S. Attorney
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303
Georgia Bar No. 053775
Telephone:  (404) 581-6050
Email:  Lori.Beranek@usdoj.gov

## **Local Rule 7.1(D) Certification**

I certify that the foregoing was prepared with Century Schoolbook, size 13, font, as authorized by Local Rule 5.1(B)

s/Gregory L. Jones
GREGORY L. JONES
Trial Attorney, Tax Division
U.S. Department of Justice
